IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-567-FL

| | |
|---|---|
| TIDEWATER TRANSIT CO., INC., a North Carolina corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEA LANE EXPRESS, INC., a New York corporation, )<br>)<br>Defendant. ) | ORDER |

THIS MATTER comes before the Court upon plaintiff Tidewater Transit Co. Inc.'s and defendant Sea Lane Express Inc.'s Joint Motion To Stay Lawsuit for 90 Days.

AND IT APPEARING to the Court that the interest of promoting Alternative Dispute Resolution of the matter due to the ongoing remediation, and that good cause exists for granting the Parties a stay for 90 days to conclude remediation.

IT IS THEREFORE ORDERED that the action is now stayed for 90 days and that all discovery, motion and trial deadlines be extended for 90 days. Upon the expiration of the stay, Tidewater will provide this Court with a status report as to its remediation efforts and recommendations as to whether a further stay is warranted.

SO ORDERED, this the 12th day of August, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge