IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-567-FL

| | |
|---|---|
| TIDEWATER TRANSIT CO., INC., a North Carolina corporation, ) ) ) Plaintiff, ) ) vs. ) ) SEA LANE EXPRESS, INC., a New York corporation, ) ) Defendant. ) | **ORDER** |

THIS MATTER comes before the Court upon Plaintiff Tidewater Transit Co. Inc.'s Status Report as to Remediation Efforts in Connection with 90-Day Stay of the Lawsuit and the parties request that the Court stay all proceedings in this matter for an additional period of ninety (90) days and that all discovery, motion and trial deadlines be extended for an additional 90 days.

AND IT APPEARING to the Court that in the interest of allowing the remediation to be completed at the accident site, and in the interest of conserving party and judicial resources while the remediation is completed, and that good cause exists for granting the requested stay extension for an additional 90 days.

IT IS THEREFORE ORDERED that the action is now stayed for 90 days and that all discovery, motion and trial deadlines be extended for 90 days. Upon the expiration of the stay,

Tidewater will provide this Court with a status report as to its remediation efforts and recommendations as to whether a further stay is warranted.

SO ORDERED, this 1st day of December, 2011

_____
LOUISE W. FLANAGAN
United States District Judge